**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LAGR, INC. d/b/a DAVTONE, | Civil No. 05-995 (MJD/RLE) |
| Plaintiff, | **PROPOSED ORDER** |
| v. | JURY TRIAL DEMANDED |
| CENTENNIAL MOLDING, LLC, | |
| Defendant. | |

**ORDER**

IT IS HEREBY ORDERED, that the above-entitled action, together with all causes of action or claims which were or which might have been alleged therein, and pursuant to the Joint Stipulation filed by the Parties, be **DISMISSED WITH PREJUDICE** and on the merits, but without further cost to any of the Parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 16, 2005        **BY THE COURT:**


                                  s/ Michael J. Davis
                                  Judge of U.S. District Court